EDWARD GARCIA, Bar No. 173487
BRAGG & KULUVA
Embarcadero Center West
275 Battery Street, Suite 1100
San Francisco, CA  94111
(415) 273-6500
(415) 273-6535
edgarcia@braggkuluva.com

Attorneys for Defendant,
Constance Gilbert

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA CHUNG, AN INDIVIDUAL,<br><br>Plaintiff,<br><br>vs.<br><br>BUCHALTER NEMER PC, A PROFESSIONAL CORPORATION; CONSTANCE GILBERT, AN INDIVIDUAL; AND DOES 1 THROUGH 15, INCLUSIVE,<br><br>Defendants. | CASE NO. CV-12-04608 PJH<br><br>**SUBSTITUTION OF ATTORNEYS FOR DEFENDANT CONSTANCE GILBERT** |

PLEASE TAKE NOTICE that Defendant CONSTANCE GILBERT hereby substitutes

Edward Garica of the law offices of Bragg & Kuluva, 275 Battery Street, Suite 1100, San Francisco,

California, telephone (415) 273-6500 in place of Constance E. Norton of Littler Mendelson, PC as

her attorneys of record in this matter.

I consent to this substitution.

DATED: Sept. 26      , 2012      By: _Constance M. Gil_
CONSTANCE GILBERT
Defendant

1

SUBSTITUTION OF ATTORNEYS FOR DEFENDANT CONSTANCE GILBERT

DATED: _____ 9/27 _____, 2012          LITTLER MENDELSON, PC

                                            By: _____
                                            CONSTANCE E. NORTON
                                            Former Legal Counsel for Defendant
                                            Constance Gilbert


I accept this substitution.


DATED: _____ 9/26 _____, 2012          BRAGG & KULUVA

                                            By: _____
                                            EDWARD GARCIA
                                            New Legal Counsel for Defendant
                                            Constance Gilbert


10/2/12

UNITED STATES DISTRICT COURT

IT IS SO ORDERED

Judge Phyllis J. Hamilton

NORTHERN DISTRICT OF CALIFORNIA

**2**

SUBSTITUTION OF ATTORNEYS FOR DEFENDANT CONSTANCE GILBERT