EDWARD GARCIA, Bar No. 173487
BRAGG & KULUVA
Embarcadero Center West
275 Battery Street, Suite 1100
San Francisco, CA 94111
(415) 273-6500
(415) 273-6535
edgarcia@braggkuluva.com

Attorneys for Defendant,
Constance Gilbert

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA CHUNG, AN INDIVIDUAL,<br><br>Plaintiff,<br><br>vs.<br><br>BUCHALTER NEMER PC, A PROFESSIONAL CORPORATION; CONSTANCE GILBERT, AN INDIVIDUAL; AND DOES 1 THROUGH 15, INCLUSIVE,<br><br>Defendants. | CASE NO. CV-12-04608 PJH<br><br>**SUBSTITUTION OF ATTORNEYS FOR DEFENDANT CONSTANCE GILBERT** |

PLEASE TAKE NOTICE that Defendant CONSTANCE GILBERT hereby substitutes Edward Garica of the law offices of Bragg & Kuluva, 275 Battery Street, Suite 1100, San Francisco, California, telephone (415) 273-6500 in place of Constance E. Norton of Littler Mendelson, PC as her attorneys of record in this matter.

I consent to this substitution.

DATED: Sept. 26, 2012          By: _Constance M. Gh_
                                    CONSTANCE GILBERT
                                    Defendant

---

1

SUBSTITUTION OF ATTORNEYS FOR DEFENDANT CONSTANCE GILBERT

| | | |
|---|---|---|
| 1 | DATED: 9/27, 2012 | LITTLER MENDELSON, PC |
| 2 | | By: _____ |
| 3 | | CONSTANCE E. NORTON |
| 4 | | Former Legal Counsel for Defendant Constance Gilbert |

I accept this substitution.

DATED: 9/26, 2012     BRAGG & KULUVA

By: _____
EDWARD GARCIA
New Legal Counsel for Defendant
Constance Gilbert

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

IT IS SO ORDERED
Judge Phyllis J. Hamilton

10/2/12