UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VIRGINIA CHUNG,

    Plaintiff,

    v.

BUCHALTER NEMER PC, et al.,

    Defendants.

                                  /

No. C 12-4608 PJH

**JUDGMENT**

    The court having entered an order dismissing this case and compelling arbitration, the complaint is dismissed. The Clerk shall close the file.

    **IT IS SO ORDERED**.

Dated: October 25, 2012

                                                    _____
                                                    PHYLLIS J. HAMILTON
                                                    United States District Judge